

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-27-99

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
APR 27 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

MICHAEL J. HANSON, M.D.,           )  NO.  CV 99-04264 NM (MAN)
                                    )
              Plaintiff,            )  ORDER RE CIVIL RIGHTS CASE
                                    )
      v.                            )
                                    )
THE MEDICAL BOARD OF THE STATE      )
OF CALIFORNIA, et al.,              )
                                    )
              Defendants.           )
_____)

This case has been referred to Magistrate Judge Margaret A. Nagle for pre-trial proceedings. All future pleadings and correspondence shall be addressed to Isabel Martinez, Clerk to Magistrate Judge Nagle, U.S. Courthouse, 312 N. Spring St., Los Angeles, CA 90012.

A. **Service of Summons and Complaint**

The plaintiff must serve the summons and complaint on all named defendants in this action within 120 days of the filing of the complaint. If service is not completed within 120 days, the Court may dismiss the action against unserved defendants. Rule 4(m), Federal Rules of Civil Procedure. Service of the summons and complaint must

1 | comply with the provisions of Rule 4, Federal Rules of Civil Procedure.

   B. **Pleadings and Documents Submitted to Court**

   In preparing and submitting all pleadings and correspondence, plaintiff must comply with the following:

   1. At the top of page 1 (or the cover sheet, if any), plaintiff shall provide his/her **precise** name and mailing address required for mail to be properly delivered. The address provided will be presumed correct and will be used to communicate with plaintiff. During the pendency of the action, plaintiff must notify the Court immediately if his/her address changes and must provide the Court with the new address and its effective date. **Any failure by plaintiff to comply with a court order because plaintiff did not receive the order due to his/her failure to inform the Court of plaintiff's current address may result in the action being dismissed for plaintiff's failure to prosecute.** See *Carey v. King*, 856 F.2d 1439, 1440-1441 (9th Cir. 1988) (per curiam).

   2. Plaintiff shall write/type legibly.

   3. Plaintiff shall type or write the original document using ink (not pencil) sufficiently dark that it can be photocopied clearly.

   4. Only 1 side of each page shall be used.

   5. Plaintiff shall submit 1 original document and 1 copy (or, if plaintiff wishes to receive a conformed copy, 1 original and 2 copies) of all documents filed with the Court. Plaintiff is reminded that he must sign the original document.

   6. Each document shall have at least a 1 inch margin at the

1  top of each page so that the document can be 2-hole punched and properly
2  bound in the Court file.
3           7.   Each document submitted after any defendant has entered
4  an appearance in the case must be accompanied by a proof of service upon
5  each such defendant in accordance with Rule 5, Federal Rules of Civil
6  Procedure and Local Rule 5.8 of this Court.
7           8.   The parties are reminded that Local Rule 2.10 of this
8  Court specifically prohibits the parties from communicating with the
9  Court through letters or otherwise communicating with the Court unless
10 opposing counsel is present.  The appropriate means of communication
11 with the Court is by application or motion filed with the Court and
12 served on the parties.

14 **Any document submitted that does not comply with the foregoing may**
15 **be returned to plaintiff without filing or stricken and denied**
16 **consideration by the court.**

18 DATED:  April 26, 1999.

**MARGARET A. NAGLE**
**U.S. Magistrate Judge**

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

HansonCiv-rgt.or                    3