UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: CV 99-4264-NM (MAN)               Date: September 15, 1999

Title: Michael J. Hason v. Medical Board of the State of California, et al.
=================================================================
DOCKET ENTRY:   ORDER CONTINUING ON MOTION TO DISMISS (DEFENDANT STATE OF CALIFORNIA),
                PURSUANT TO PARTIES' STIPULATION
=================================================================
PRESENT:

            Hon. Margaret A. Nagle      , United States Magistrate Judge

            Isabel Martinez             N/A
            Deputy Clerk                Court Reporter/Tape No.

    ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT(S):

    N/A                               _____


    _____          _____


**PROCEEDINGS (In Chambers):**

Defendant State of California has filed a Motion to Dismiss Complaint
("Motion"), and originally scheduled the Motion for hearing on September 28,
1999.  The Court is in receipt of a stipulation signed by plaintiff and
counsel for the State of California, requesting a two-week continuance of the
hearing on the Motion and an attendant extension of time for plaintiff to
file his opposition and defendant to file its reply.

IT IS ORDERED that hearing on the Motion is continued to **October 12, 1999**, at
10:00 a.m.  Plaintiff shall file and serve his opposition to Motion on or
before **September 28, 1999**.  Defendant State of California shall file and
serve its reply, if any, on or before **October 5, 1999**.

Service List

Michael J. Hason, M.D.            Audrey Egan
1710 NW 87 Ave.                  Deputy Attorney General
Plantation, FL 33322             300 South Spring Street, Fifth Floor
                                 Los Angeles, CA 90013-1204

MINUTES FORM 11          SEP 17 1999          Initials of Deputy Clerk
CIVIL - GEN