**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CIVIL MINUTES--Appeals

Case No. CV 99-04264 AHM (RNB)        Date: July 22, 2002

Title: MICHAEL J. HASON, M.D., v MEDICAL BOARD OF CALIFORNIA, et al.,

============================================================

PRESENT: THE HON. ROBERT N. BLOCK, MAGISTRATE JUDGE

============================================================

Marsha Eugene-Domingue              n/a
Deputy Clerk                    Court Reporter

**PROCEEDINGS:** FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT OF APPEALS

___ IN COURT   ___ IN CHAMBERS (No Hearing    XXX COUNSEL
                     necessary)                   NOTIFIED

THE COURT ORDERS that the mandate of the Ninth Circuit Court of Appeals:
    ___ Affirming    ___ Remanding    XX Reversing and Remanding

___ Affirming in part, reversing in part    ___ Dismissing Appeal

___ The record reflects that costs of the prevailing party
    were taxed by the Ninth Circuit Court of Appeals in the
    amount of $_____ on _____

Other:

This is hereby filed and spread upon the minutes of this U.S. District Court.

(Entered _____)

                                    Initials of Deputy Clerk ___

---

CV-48(02/98)        CIVIL MINUTES - APPEALS

ENTERED ON ___
JUL 23 2002
CV

3/
cBy